UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
AGRON SHYTI, et al.
                            Plaintiffs,

      -against-

UR MENDOZA JADDOU, et al.,          23 Civ. 11107 (LGS)
                           Defendants.
                                                    ORDER
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that the parties shall file their submissions in connection with Plaintiff's Complaint Under the Administrative Procedure Act according to the following schedule. By **March 1, 2024**, Plaintiffs shall file a Memorandum of Law in support of their Complaint, not to exceed fifteen (15) pages. By **March 15, 2024**, Defendants shall file any opposition, not to exceed fifteen (15) pages. By **March 22, 2024**, Plaintiffs shall file any reply in support of their Complaint, not to exceed ten (10) pages. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: January 9, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE